AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

COURTHOUSE NEWS SERVICE )
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:25-cv-44 GFVT
ZACHARY RAMSEY, in his official capacity as Director of the Kentucky Administative Office of the Courts )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZACHARY RAMSEY
c/o Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

servethecommonwealth@ky.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy D. Cubbage
Marc G. Farris
Tachau Meek PLC
101 S. 5th Street, Suite 3600
Louisville, KY  40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2025    *[signature]*  CBD
 *Signature of Clerk or Deputy Clerk*

**RECEIVED
September 3, 2025
Office of the Attorney General**

Civil Action No. 3:25-cv-00044-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zachary Ramsey
was received by me on *(date)* 09/02/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Attorney General servethecommonwealth@ky.gov who is
designated by law to accept service of process on behalf of *(name of organization)* Zachary Ramsey with
Administrative Office of the Courts on *(date)* 09/02/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/03/2025

*Server's signature*

Amy D. Cubbage, Attorney for Plaintiff
*Printed name and title*

Tachau Meek PLC
101 S. Fifth St. Ste. 3600
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

**RECEIVED
September 3, 2025
Office of the Attorney General**

| | |
|---|---|
| **From:** | Bowman, Selina R (KYOAG) on behalf of KYOAG Serve the Commonwealth |
| **To:** | Amy Cubbage; KYOAG Serve the Commonwealth |
| **Cc:** | Marc G. Farris; Katherine Keating; Jon Fetterly |
| **Subject:** | RE: Service of Civil Complaint on Zachary Ramsey in his official capacity as Director of the Administrative Office of the Courts |
| **Date:** | Wednesday, September 3, 2025 2:00:48 PM |
| **Attachments:** | 2025.09.03 AOC 25-cv-44.pdf |

After review of the documents submitted, this message will acknowledge receipt of the complaint and summons in US Eastern District of KY Case # 25-cv-44. The Office of the Attorney General hereby confirms acceptance of service of process on September 3, 2025 by electronic means.

*Selina R. Bowman* | Paralegal | Office of Civil & Environmental Law

Kentucky Office of Attorney General | 700 Capital Avenue | Suite 118 | Frankfort, KY 40601

Phone 502-696-5434 | Fax 502-564-2894 | Selina.Bowman@ky.gov

---

**From:** Amy Cubbage <acubbage@tachaulaw.com>
**Sent:** Tuesday, September 2, 2025 4:52 PM
**To:** KYOAG Serve the Commonwealth <ServetheCommonwealth@ky.gov>
**Cc:** Marc G. Farris <Mfarris@tachaulaw.com>; Katherine Keating <katherine.keating@bclplaw.com>; Jon Fetterly <jon.fetterly@bclplaw.com>
**Subject:** Service of Civil Complaint on Zachary Ramsey in his official capacity as Director of the Administrative Office of the Courts

> **\*\*CAUTION\*\*  PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.**

Dear Madam or Sir,

Please see attached Summons, Complaint, Exhibits, and Civil Cover Sheet filed today in the Eastern District of Kentucky, Case No. 3:25-cv-00044-GFVT, for service on Zachary Ramsey in his official capacity as Director of the Administrative Office of the Courts.

Thank you in advance for your assistance in this matter.

Amy D. Cubbage

101 S. Fifth Street, Suite 3600
PNC Tower
Louisville, KY 40202-3120
(502) 238-9905
acubbage@tachaulaw.com

