IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:25-cv-00044-GFVT |
| ZACHARY RAMSEY | ) |
| Defendant. | ) |

## MOTION FOR EXTENTION OF TIME

Defendant, ZACHARY RAMSEY, by counsel and for good cause, hereby moves the Court to enter the attached Agreed Order granting Defendant an extension of time to file an Answer or otherwise respond to the Complaint filed by Plaintiff. The Plaintiff, through counsel, has consented and agrees that the Defendant may have until November 3, 2025 to file any responsive pleading. An agreed order is attached.

Respectfully submitted,

*/s/ Mitchel T. Denham*
Mitchel T. Denham
Trenton D. Adkins
McBRAYER PLLC
500 West Jefferson St., Ste. 2400
Louisville, Kentucky 40202
(502) 327-5400
mdenham@mcbrayerfirm.com
tadkins@mcbrayerfirm.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been served on all counsel of record via the Court's ECM/ECF system, and via electronic mail to the recipients listed below on this 23rd day of September 2025:

Amy D. Cubbage
Marc G. Farris
TACHAU MEEK PLC
101 S. Fifth Street, Ste. 3600
Louisville, KY 40202
acubbage@tachaulaw.com
mfarris@tachaulaw.com

Jonathan G. Fetterly
Katherine Keating
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center,
7th Floor San Francisco, CA 94111-4070
Jon.Fetterly@bclplaw.com
Katherine.Keating@bclplaw.com
*Pro Hac Vice*

*Counsel for Plaintiff*

                                                                                                           */s/Mitchel T. Denham*
                                                                                                            Mitchel T. Denham