UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:25-cv-44-GFVT

**COURTHOUSE NEWS SERVICE,**

                Plaintiff,

v.

**ZACHARY RAMSEY**, in his official capacity as Director of the Kentucky Administrative Office of the Courts,

                Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Courthouse News Service ("CNS"), by and through its counsel, hereby provides notice of the dismissal, without prejudice, of the above-captioned action. Defendant has not filed an answer or a motion for summary judgment.

As part of its November 3, 2025 motion to dismiss, Defendant informed CNS that the Administrative Rules of Practice and Procedure Electronic Filing in the Kentucky Court of Justice had been amended on October 30, 2025, in ways that could be relevant to CNS' action against Defendant. Accordingly, CNS dismisses this action, without prejudice, to enable both parties to evaluate the new rule and any impact on the issues giving rise to this lawsuit.

Date: November 21, 2025

Respectfully submitted,

TACHAU MEEK PLC
Amy D. Cubbage
Marc G. Farris

/s/ Amy D. Cubbage
101 S. Fifth Street, Ste. 3600
Louisville, KY 40202
Phone: (502) 238-9905
acubbage@tachaulaw.com
mfarris@tachaulaw.com

-and-

BRYAN CAVE LEIGHTON PAISNER LLP
Jonathan G. Fetterly
*admitted pro hac vice*
Katherine Keating
*admitted pro hac vice*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Phone: (415) 675-3400
Jon.Fetterly@bclplaw.com
Katherine.Keating@bclplaw.com

*Counsel for Courthouse News Service*